UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| KIRK ROMERO, | ) ED CV 14-00469-DDP (SH) |
| | ) |
| Petitioner, | ) ORDER ACCEPTING THE FINAL |
| | ) REPORT AND RECOMMENDATION |
| | ) OF UNITED STATES MAGISTRATE |
| v. | ) JUDGE |
| | ) |
| K. HOLLAND, Warden, et al.., | ) |
| | ) |
| Respondents. | ) |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Final Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

1

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and the action is dismissed with prejudice.

DATED: December 19, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE