JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| KIRK ROMERO, | ) ED CV 14-00469-DDP (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| K. HOLLAND WARDEN, et al., | ) |
| | ) |
| Respondents. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: December 19, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE